LOUIS ANTHONY GRAFFEO, Respondent, v DEBRA CAROL PACIELLO, Also Known as DEBRA CAROL GRAFFEO, Appellant.

Submitted July 7, 2008; decided September 4, 2008

Motion for reargument of motion for leave to appeal denied [*see* 10 NY3d 891 (2008)]. Motion for a stay dismissed as academic.